UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SIU LUNG WOO,

                              Plaintiff,

— against —

ALBERTO GONZALES, Attorney General,

                              Defendant.

-----------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL
Civil Action
No. CV-06-3549

(Feuerstein, J.)
(Bloom, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that this action and all claims arising therefrom are hereto dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own costs, fees, including attorney's fees, and disbursements. The Clerk shall enter a judgment closing this case.

Dated: this 22nd day of December, 2006
       Brooklyn, New York

Plaintiff (Pro Se)

                                        *Siu Lung Woo*
                                        SIU LUNG WOO
                                        3020 Avenue T
                                        Brooklyn, NY 11229

Dated: this _____ day of December, 2006
   Brooklyn, New York

   Attorney for the Defendant     ROSLYNN R. MAUSKOPF
                  United States Attorney
                  Eastern District of New York
                  1 Pierrepont Plaza, Fourteenth Floor
                  Brooklyn, New York 11201

             By: _____
                  MARGARET M. KOLBE (MK2942)
                  Assistant United States Attorney
                  (718) 254-6039


SO ORDERED:

Dated: this 10th day of January, 2007
   Brooklyn, New York

                  _____
                  HONORABLE SANDRA J. FEUERSTEIN
                  United States District Judge



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FILED
U.S. IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
☆ DEC 2 9 2006 ☆
BROOKLYN OFFICE

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

BY ECF: COURTESY COPY
VIA INTEROFFICE MAIL
Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
Brooklyn, New York 11201

December 28, 2006

Re: Siu Lung Woo v. Alberto Gonzales
Docket No. CV-06-3549 (Feuerstein, J.) (Bloom, M.J.)

Dear Judge Feuerstein:

The defendant respectfully submits, for the Court's consideration and execution, a Stipulation and Order of Dismissal, signed by the undersigned and the plaintiff Siu Lung Woo.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: {/s/ FILED ELECTRONICALLY}
MARGARET M. KOLBE (MK2942)
Assistant United States Attorney
(718) 254-6039

cc: Siu Lung Woo
3020 Avenue T
Brooklyn, NY 11229